FILED

MAY 20 2015

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Clerk of Court,

I am sorry for not being exact about what I am trying to do. This is my situation. I have gender dysphoria, I asked for "hormone therapy". The prison psychologists are dragging their feet with my request. All I want is the District Court to issue me an instant action to be evaluated by an outside doctor. I do not wish to sue USP Hazelton or FBOP. I just need a judge to order me to be seen by another doctor or gender specialist outside of the FBOP. I am trying the same approach used by another transgender inmate named Vanessa Adams. I don't have the actual cite with me but it was in federal court out of Massachusetts.

Whatever, you can do to help me will be greatly appreciated. I just want the treatment that I am due for my condition. Thank-you for your time and help.

Sincerely,

[signature]

Shauntae Tamara Anderson, legal.
Shawn T. Anderson